IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 JUL -1 PM 2: 10

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV416-326 |
| | ) | |
| JOHN B. HOHENSTEIN, III; | ) | |
| SUSAN S. HOHENSTEIN; GEORGIA | ) | |
| DEPARTMENT OF REVENUE; and | ) | |
| CHATHAM COUNTY TAX | ) | |
| COMMISSIONER; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER CONFIRMING SALE AND DIRECTING DISTRIBUTION OF PROCEEDS

Upon consideration of the Motion for Confirmation of Sale and

Distribution of Proceeds (Doc. 45) the Court having previously

ordered its sale (Doc. 35), and good cause having been found, the

Court grants the request for an order confirming the sale of the

real property identified as 9 Bryan Wood Cir., Savannah, Georgia

31410, and directing distribution of the proceeds of that sale.

Therefore, pursuant to 26 U.S.C. §§ 7402 and 7403, the Court

now ORDERS that the sale of the real property located at 9 Bryan

Wood Cir., Savannah, Georgia 31410 (the "Subject Property"), which

is more particularly described as:

> All that certain lot, tract or parcel of land
> situate, lying and being on Whitemarsh Island,
> Chatham County, Georgia, and being known and
> designated as Lot 21, Whitemarsh Estates
> Subdivision, Phase IV, also known as Cedar
> Crossing, as shown on that certain map or plat

prepared by Neal B. Ackerman, dated December 29, 1980, recorded in the Office of the Clerk of the Superior Court of Chatham County, Georgia in Subdivision Map Book 2S, Page 57; said lot having a frontage of 100 feet on the southwest side of Bryan Wood Circle, having a rectangular depth in a southwesterly direction of 105 feet and being bounded as follows: On the Northeast by Bryan Wood Circle; on the Southeast by Lot 22, said subdivision and phase; on the Southwest by US Highway 80; and on the Northwest by Lot 20, said subdivision and phase. For a more particular description, reference is hereby made to the aforementioned subdivision map, which map is hereby specifically incorporated herein,

is **CONFIRMED.**

The Subject Property was sold on April 11, 2019, by the Internal Revenue Service Property Appraisal and Liquidation Specialist ("PALS") pursuant to the Order (ECF No. 35) entered on May 7, 2018, in this action. The Court, having reviewed the record, including the Motion for Confirmation of Sale and Distribution of Proceeds, the Declaration of Paul Reed, and the exhibits thereto, finds that the sale was in all respects legally and properly conducted.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the sale of the Subject Property on April 11, 2019, be, and the same hereby is, **CONFIRMED.** It is further **ORDERED** that the IRS convey by deed the Subject Property to the purchaser, HCHHUNTERS LLC.

It is further **ORDERED** that the Clerk of this Court distribute the funds deposited into the registry in this action as follows:

a.    First, to the United States (payable to the Internal Revenue Service, and sent to Internal Revenue Service, ATTN Paul Reed, 1899 Powers Ferry Road, Suite 250, Atlanta, Georgia 30339), as reimbursement for expenses incurred in selling the Subject Property: $4,630.93;

b.    Second, to the Chatham County Tax Commissioner's for 2016 real estate taxes: $2,326.79;

c.    Third, to the United States (payable to the Department of Justice, and sent to U.S. Department of Justice, Tax Division, P.O. Box 310, Ben Franklin Station, Washington, D.C. 20044) for application against the outstanding federal income tax liabilities of John B. Hohenstein, III, the remaining proceeds: $120,542.28.

**ORDERED** that the Clerk of this Court distribute any interest accrued on the funds deposited into the registry to the United States in accordance with paragraph c. above.

SO ORDERED this _____1ST_____ day of July 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA