IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV416-326
 )
JOHN B. HOHENSTEIN, III; )
SUSAN S. HOHENSTEIN; GEORGIA )
DEPARTMENT OF REVENUE; and )
CHATHAM COUNTY TAX )
COMMISSIONER; )
 )
    Defendants. )
 )

## O R D E R

On July 1, 2019, this Court entered an order confirming the sale of real property identified as 9 Bryan Wood Cir., Savannah, Georgia 31410, and directing distribution of the proceeds of that sale. (Doc. 46.) In the order, however, the Court reserved entering a final judgment in this action. (Id.) The Clerk of Court is now **DIRECTED** to enter final judgment in this case in accordance with the terms of this Court's **July 1, 2019 order** and close this case.

SO ORDERED this ___2ND___ day of December 2019.

                                          WILLIAM T. MOORE, JR.
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of GA
Filed In Office
_____M_____
12/2 2019
_____
Deputy Clerk