UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff, )
v. )
JOHN B. HOHENSTEIN, III; )
SUSAN S. HOHENSTEIN; GEORGIA )
DEPARTMENT OF REVENUE; and )
CHATHAM COUNTY TAX )
COMMISSIONER; )
    Defendants. )

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV416-326

Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED, ADJUDGED AND DECREED** that the sale of the Subject Property on April 11, 2019, be, and the same hereby is, CONFIRMED. It is further ORDERED that the IRS convey by deed the Subject Property to the purchaser, HCHHUNTERS LLC. It is further ORDERED that the Clerk of this Court distribute the funds deposited into the registry in this action as follows:

a. First, to the United States (payable to the Internal Revenue Service, and sent to Internal Revenue Service, ATTN Paul Reed, 1899 Powers Ferry Road, Suite 250, Atlanta, Georgia 30339), as reimbursement for expenses incurred in selling the Subject Property: $4,630.93;

b. Second, to the Chatham County Tax Commissioner's for 2016 real estate taxes: $2,326.79;

c. Third, to the United States (payable to the Department of Justice, and sent to U.S. Department of Justice, Tax Division, P.O. Box 310, Ben Franklin Station, Washington, D.C. 20044) for application against the outstanding federal income tax liabilities of John B. Hohenstein, III, the remaining proceeds: $120,542.28.

ORDERED that the Clerk of this Court distribute any interest accrued on the funds deposited into the registry to the United States in accordance with paragraph c. above.

| | |
|---|---|
| 12/3/19 | Scott L. Poff |
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

*[Seal: United States District Court, Southern District of Georgia]*